UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : <br> : Case No. 2:19-md-02921 (BRM) (JAD) <br> : MDL No. 2921 <br> : <br> : JUDGE BRIAN R. MARTINOTTI <br> : JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:**

*Jane Doe, v. Allergan, Inc., et al.*, **Case No.: 2:19-cv-21885-BRM-JAD**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their undersigned counsel hereby give notice that they voluntarily dismiss this action without prejudice.

Dated: August 25, 2020                                    SIMMONS HANLY CONROY

By: /s/ *Mitchell M. Breit*
Mitchell M. Breit
Laura S. Fitzpatrick
Thein An V. Truong
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: 212.784.6400
Facsimile:  212.213.5949
mbreit@simmonsfirm.com
lfitzpatrick@simmonsfirm.com
atruong@simmonsfirm.com

SO ORDERED:

_____
Brian R. Martinotti, USDJ
Dated:  August 26, 2020

                                                Gregory F. Coleman
                                                Justin Day
                                                GREG COLEMAN LAW PC
                                                First Tennessee Plaza
                                                800 S. Gay Street, Suite 1100
                                                Knoxville, TN 37929
                                                Telephone: (865) 247-0080
                                                Facsimile: (865) 533-0049
                                                greg@gregcolemanlaw.com
                                                justin@gregcolemanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.


                                                */s/ Mitchell M. Breit*